**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Douglas Marcum, | No. CV-21-00071-TUC-JGZ (JR) |
| Plaintiff, | **ORDER** |
| v. | |
| Mary Jane Abril, et al., | |
| Defendants. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Jacqueline M. Rateau. (Doc 14.) Magistrate Judge Rateau recommends dismissing Plaintiff's Civil Rights Complaint for failure to serve and failure to prosecute after Plaintiff failed to respond to an order to show cause. (*Id.*)

A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

Upon review of the record, the Court will adopt Magistrate Judge Rateau's recommendations.

//
//
//
//
//

For the foregoing reasons,

**IT IS ORDERED**:

1. Magistrate Judge Rateau's Report and Recommendation (Doc. 14) is **ADOPTED**;

2. Plaintiff's Civil Rights Complaint (Doc. 1) is **DISMISSED**;

4. The Clerk of Court shall enter judgment accordingly and close its file in this action.

Dated this 28th day of September, 2021.

_____
Honorable Jennifer G. Zipps
United States District Judge