# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Douglas Marcum,<br><br>       Plaintiff,<br><br>v.<br><br>Mary Jane Abril, et al.,<br><br>       Defendants. | **NO. CV-21-00071-TUC-JGZ (JR)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.  Plaintiff's Civil Rights Complaint and this action are hereby dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

September 29, 2021

By   s/ A. Calderón
     Deputy Clerk